UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO MARIO TOSTADO,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN COLVIN,<br><br>   Defendant. | Case No. 18-cv-02434-JD<br><br>**ORDER TO SHOW CAUSE** |

In this social security review action, plaintiff Reynaldo Tostado has failed to "serve and file a motion for summary judgment or for remand within 28 days of service of defendant's answer" as he was previously ordered to do. Dkt. No. 3. Nor has he filed any opposition to defendant's motion for summary judgment, which was filed on February 20, 2019. Dkt. No. 13.

Plaintiff Tostado is ordered to show cause in writing by **September 30, 2019**, why the case should not be dismissed under Federal Rule of Civil Procedure 41(b), for failure to prosecute. The case will administratively be closed pending further order.

**IT IS SO ORDERED.**

Dated: September 13, 2019

JAMES DONATO
United States District Judge