UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO MARIO TOSTADO,<br>    Plaintiff,<br>v.<br>CAROLYN COLVIN,<br>    Defendant. | Case No. 18-cv-02434-JD<br><br>**ORDER TO SHOW CAUSE** |

In this social security review action, plaintiff Reynaldo Tostado has failed to "serve and file a motion for summary judgment or for remand within 28 days of service of defendant's answer" as he was previously ordered to do. Dkt. No. 3. Nor has he filed any opposition to defendant's motion for summary judgment, which was filed on February 20, 2019. Dkt. No. 13.

Plaintiff Tostado is ordered to show cause in writing by **September 30, 2019**, why the case should not be dismissed under Federal Rule of Civil Procedure 41(b), for failure to prosecute. The case will administratively be closed pending further order.

**IT IS SO ORDERED.**

Dated: September 13, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO MARIO TOSTADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br><br>　　　　Defendant. | Case No. 18-cv-02434-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reynaldo Mario Tostado
38700 Tyson Lane #302 A
Fremont, CA 94536

Dated: September 16, 2019

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By: /s/ Lisa R. Clark
　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO